# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEROME WHITE, an individual; SAYED HASHIMI, an individual; JODY USRY, an individual, appearing individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking organization; INTERSECTIONS INC., a Delaware corporation; INTERSECTIONS INSURANCE SERVICES, INC., an Illinois corporation; and DOES 1-50,<br><br>Defendants. | CASE NO. LACV11-6797 R (Ex)<br><br>**JUDGMENT**<br><br>Complaint Filed: July 19, 2011<br>FAC Filed: October 19, 2011 |

EAST\47849891.1

# JUDGMENT

The present action filed by Plaintiffs Jerome White, Sayed Hashimi, and Jody Usry ("Plaintiffs") against Defendants Intersections Insurance Services Inc. and Intersections Inc. (collectively the "Intersections Defendants") having been dismissed with prejudice, and the Intersections Defendants' Motion to Dismiss the First Amended Class Action Complaint having been granted without leave to amend on January 30, 2012 for failure to state a claim upon which relief may be granted, judgment is hereby entered in favor of the Intersections Defendants and against Plaintiffs. The Intersections Defendants are entitled to recover all costs, fees, and other rewards to the extent permitted by law.

Dated: February 1, 2012

_____
The Hon. Manuel L. Real
United States District Court Judge

EAST\47849891.1                              1