ROBERT E. BOONE III (SBN 132780)
JENNIFER A. JACKSON (SBN 192998)
KAMAO C. SHAW (SBN 253350)
reboone@bryancave.com
jjackson@bryancave.com
kamao.shaw@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:    (310) 576-2200

THOMAS E. GILBERTSEN (*pro hac vice*)
tgilbertsen@venable.com
VENABLE LLP
575 7th St., N.W.
Washington, D.C. 20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Attorneys for Defendant
BANK OF AMERICA, N.A.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WHITE, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　　Defendants. | Case No. CV11-06797 R (Ex)<br>Honorable Manuel L. Real<br><br>**JUDGMENT**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Class Action Complaint Removed on August 18, 2011 |

0323087/879851

**[PROPOSED] JUDGMENT**

|   |   |
|---|---|
| 1 | **[PROPOSED] JUDGMENT** |
| 2 | The present action filed by Plaintiffs Jerome White, Sayed Hashimi, and Jody |
| 3 | Usry ("Plaintiffs") against Defendant Bank of America, N.A. having been dismissed |
| 4 | with prejudice, and Bank of America, N.A.'s Motion to Dismiss the First Amended |
| 5 | Class Action Complaint have been granted without leave to amend on January 30, 2012 |
| 6 | for failure to state a claim upon which relief may be granted, judgment is hereby |
| 7 | entered in favor of Bank of America, N.A. and against Plaintiffs.  Bank of America, |
| 8 | N.A. is entitled to recover all costs, fees, and other rewards to the extent permitted by |
| 9 | law. |

Dated: _February 1, 2012_

_____
Honorable Manuel L. Real
District Court Judge

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386. My e-mail address is dora.barnett@bryancave.com.

On January 31, 2012, I served the foregoing document, described as: **[PROPOSED] JUDGMENT**, on each interested party in this action, as follows:

| | |
|---|---|
| Amir S. Salehi, Esq.<br>Shahram A. Shayesteh, Esq.<br>Salehi & Associates, PC<br>12400 Wilshire Blvd., Suite 1300<br>Los Angeles, CA 90025<br>Tel: (310) 820-3366<br>Fax: (310) 820-3361<br>E-Mail: amirs@lawyer.com | *Attorneys for Plaintiffs*<br>Jerome White<br>Sayed Hashimi<br>Jody Usry |
| Andre E. Jardini, Esq.<br>Knapp, Petersen & Clarke<br>550 North Brand Boulevard, Suite 1500<br>Glendale, CA 91203-1922<br>E-Mail: aej@kpclegal.com | *Attorneys for Plaintiffs*<br>Jerome White<br>Sayed Hashimi<br>Jody Usry |
| Jeffrey A. Rosenfeld, Esq.<br>Rachel E. K. Lowe<br>Monica N. Dournaee<br>DLA PIPER LLP (US)<br>1999 Avenue of the Stars, 4th Floor<br>Los Angeles, CA 90067-6023<br>Tel: (310) 595.3000<br>Fax: (310) 595.3300<br>E-Mail: jeffrey.rosenfeld@dlapiper.com<br>    rachel.lowe@dlapiper.com<br>    monica.dournaee@dlapiper.com | *Attorneys for Defendant*<br>Intersections Insurance Services, Inc. |

☒ (VIA ELECTRONIC SERVICE): The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 31, 2012, at Santa Monica, California.

*/s/ Dora Barnett*
Dora Barnett